# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Donna Sue Mallory | Chapter 7 |
| Debtor(s) | Case No. 2:08-bk-08892-RTB |
| | Adv. No. 2:08-ap-00605-RTB |
| Provident Investment Fund LLC | |
| Plaintiff(s) | **RECEIVED** |
| v. | SEP 1 0 2008 |
| Donna S. Mallory | CERTIFICATE OF SERVICE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA |
| Defendant(s) | |

I, ADRIAN H. BLACK (Name) certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of this summons and a copy of the complaint was made on 9 SEPT 2008 (Date) by:

☒ Mail Service: Regular, first class Unites States mail, postage fully pre-paid, addressed to: Donna S. Mallory
4179 East 850 South
Keystone, IN 46759

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ (Name of State) as follows: [Describe briefly]

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

9 SEPT 2008
(Date)

(Signature) AHBlack
(Print Name) ADRIAN H. BLACK
(Business Address) 945 S. EVANGELINE AV
(City, State, Zip Code) MESA, AZ 85208

Summons Certificate of Service
11/30/06