

**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810      Facsimile: 602-606-2811

Dennis I. Wilenchik #005350
Austin Woods #026538

Attorney for Plaintiff PROVIDENT INVESTMENT FUND, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| **DONNA SUE MALLORY** | Case No: 2:08-bk-08892-PHX-RTB |
| Debtor. | |
| **PROVIDENT INVESTMENT FUND, LLC** | Adversary No. 2-08-ap-00605 -RTB |
| Plaintiff, | **JOINT PRETRIAL MEMORANDUM** |
| v. | |
| **DONNA SUE MALLORY,** | |
| Defendant. | |

The Plaintiff, Provident Investment Fund, LLC and Defendant, Donna Sue Mallory, by and through counsel undersigned, hereby submit this Joint Pretrial Memorandum and have agreed upon the following deadlines.

**I.** **Proposed Trial Date:**

The Parties propose a trial date in April 2010. The parties anticipate a two (2) day trial.

**II.** **Discovery Related Deadlines:**

A. Discovery: The parties agree that all discovery, including Requests for Production, Interrogatories, Requests for Admission and Depositions shall be concluded by March 1, 2010.

B. Final Rule 26(a) Disclosures: The parties agree that final Rule 26(a) Disclosures shall be exchanged on or before March 1, 2010. The Rule 26(a) Disclosures shall include the parties' intended use of Declaration Testimony.

C. Disclosure of Areas of Expert Testimony – Plaintiff and Defendants: January 1, 2010

D. Disclosure of Expert Witness Opinions – Plaintiff: January 15, 2010.

II. **Dispositive Motions Deadline:**

The parties agree that all dispositive motions shall be filed 75 days before the scheduled trial date.

III. **Disclosure of Witnesses and Exhibits Deadline**:

The parties agree that the disclosure of all witnesses and exhibits, including impeachment evidence, will be submitted to the Court in their Joint Pretrial Statement fourteen business days before the trial date.

III. **Settlement Request Deadline:**

Local Rule 9072-4 sets forth the procedure for Alternative Dispute Resolutions. The parties will request that the Court refer this matter to a settlement judge not later than thirty (30) days before the trial date.

IV. **Objections to Use of Declaration Testimony:**

The parties agree that objections to the use of Declaration testimony shall be submitted 21 days before trial.

V. **Motions in Limine**

The parties agree that Motions in Limine will be submitted 21 days before trial.

VI. **Pre-Trial Statement**

The parties shall submit their Joint Pre-Trial Statement not later than 14 days prior to trial. If dispositive motions have been filed, then the parties agree that the Joint Pretrial Statement shall be due as indicated or 30 days following resolution of the motions, whichever is later. A form of joint pretrial statement is attached for ease of reference.

**VI.** **Pre-Trial Memorandum**

The parties agree that they may submit a Pre-Trial Memorandum three (3) days prior to the trial.

**DATED** this 18th day of September, 2009.

**WILENCHIK & BARTNESS, P.C.**

/s/ Dennis I Wilenchik
Dennis I. Wilenchik, Esq.
Austin Woods
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
Attorneys for Plaintiff

**THE HENDRICKSON LAW FIRM**

/s/ Brian W. Henrickson
Brian W. Hendrickson
2133 E. Warner Road #106
Tempe, AZ 85284
*Attorney for Defendant*

| | |
|---|---|
| 1 | Copy of the foregoing mailed this 18th day of September, 2009, to: |
| 2 | |
| 3 | Renee Sandler Shamblin<br>Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204 |
| 4 | Phoenix, AZ 85003-1706<br>renee.s.shamblin@usdoj.gov |
| 5 | *Attorney for U.S. Trustee* |
| 6 | Brian W. Hendrickson |
| 7 | **The Hendrickson Law Firm**<br>2133 E. Warner Road #106<br>Tempe, AZ 85284 |
| 8 | bwh@hendricksonlaw.net |
| 9 | *Attorney for Defendant* |
| 10 | **LOTHAR GOERNITZ**<br>P.O. BOX 32961 |
| 11 | PHOENIX, AZ 85064-2961<br>*Chapter 7 Trustee* |
| 12 | |
| 13 | /s/ Hilary Myers |