

Wilenchik & Bartness
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810      Facsimile: 602-606-2811

Dennis I. Wilenchik #005350
Austin Woods #026538

Attorney for Plaintiff PROVIDENT INVESTMENT FUND, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| **DONNA SUE MALLORY** | **Case No: 2:08-bk-08892-PHX-RTB** |
| Debtor. | |
| **PROVIDENT INVESTMENT FUND, LLC** | **Adversary No. 2-08-ap-00605 -RTB** |
| Plaintiff, | **TRIAL SCHEDULING ORDER** |
| v. | |
| **DONNA SUE MALLORY,** | |
| Defendant. | |

The Rule 16 Pre-Trial Scheduling Conference was held on October 13, 2009 at 9:00 a.m. The Court received the Plaintiff's and Defendant's Joint Pretrial Memorandum.

Based upon Counsel's representations and good cause appearing, the follow deadlines apply:

**I.    Trial Date:**

The Parties propose a trial date in April 2010.  The parties anticipate a two (2) day

trial. A trial date, therefore, is scheduled as follows:_____.

**II. Discovery Related Deadlines:**

    A. <u>Discovery</u>: The parties agree that all discovery, including Requests for Production, Interrogatories, Requests for Admission and Depositions shall be concluded by **March 1, 2010**.

    B. Final <u>Rule 26(a) Disclosures:</u> The parties agree that final Rule 26(a) Disclosures shall be exchanged on or before **March 1, 2010**. The Rule 26(a) Disclosures shall include the parties' intended use of Declaration Testimony.

    C. <u>Disclosure of Areas of Expert Testimony – Plaintiff and Defendants:</u> January 1, 2010

    D. <u>Disclosure of Expert Witness Opinions – Plaintiff:</u> January 15, 2010.

This order contemplates that each party will conduct discovery in such a manner as to complete it within the deadline set. Motions for protective order will not be considered unless counsel attaches the required affidavit under Local District Court Rule 1.10(j), setting forth the efforts made to accomplish amicable resolution.

**III. Dispositive Motions Deadline:**

The parties agree that all dispositive motions shall be filed 75 days before the scheduled trial date. Motions will be scheduled as provided by the Federal Rules of Civil Procedure. A late-filed Motion will not be cause to delay or extend the trial setting.

**IV. Disclosure of Witnesses and Exhibits Deadline:**

The parties agree that the disclosure of all witnesses and exhibits, including impeachment evidence, will be submitted to the Court in their Joint Pretrial Statement fourteen business days[*] prior to the trial date.

---

[*] All other deadlines are calendar days

**V. Settlement Request Deadline:**

Local Rule 9072-4 sets forth the procedure for Alternative Dispute Resolutions. The parties will request that the Court refer this matter to a settlement judge not later than thirty (30) days before the trial date.

**VI. Declaration Testimony:**

The parties agree that objections to the use of Declaration testimony shall be submitted 21 days before trial. Unless a party objects in writing 14 days before trial, direct testimony of all or some of the witnesses may be submitted by declaration. The following procedures will govern submission of testimony by declaration:

1. All declarations will be made under penalty of perjury and will be subject to the Federal Rules of Evidence.

2. If a witness' testimony is submitted by declaration, the witness must be available at trial to be cross examined by the other parties unless the other parties waive such appearance and the Court approves such waiver.

3. If a witness' direct testimony is submitted by declaration, the only oral testimony such witness may give will be limited to rebuttal testimony.

4. If a part of a witness' declaration concerns an exhibit to be admitted into evidence at trial, the exhibit must be attached to the declaration.

5. If a party intends to present the witness' testimony by a transcript of a deposition, a detailed summary of the testimony must be submitted with the transcript.

6. Notwithstanding the parties' agreement that a witness' testimony will be submitted by declaration, the Court may require any witness' testimony to be provided by direct examination. The Court will timely notify the parties if a witness' testimony may

not be submitted by declaration.

7. All declarations must be filed with the Joint Pretrial Statement.

8. After the Join Pretrial Statement is submitted, no other declarations will be allowed except by order of the Court.

### VII. Motions in Limine

The parties agree that Motions in Limine will be submitted 21 days before trial.

### VIII. Pre-Trial Statement

The parties shall submit their Joint Pre-Trial Statement not later than 14 calendar days prior to trial. If dispositive motions have been filed, then the parties agree that the Joint Pretrial Statement shall be due as indicated or 30 days following resolution of the motions, whichever is later.

### IX. Pre-Trial Memorandum

The parties agree that they may submit a Pre-Trial Memorandum three (3) days prior to the trial. The Pre-Trial Memorandum will include the following:

Concise Statement of the Nature of the Action

Statement of Jurisdiction

Statement of Uncontested Issues of Material Fact

Statement of Contested Issues of Material Fact

Statement of Contested Issues of Law

List of Exhibits To Be Offered At Trial and Objections

List of Witnesses To Be Called At Trial

### X. Exhibits

Except when exhibits are few in number, exhibits shall be brought to court marked, in tabbed and indexed exhibit books at the time of commencement of any trial. The Court requires at least one original exhibit book, which the witness may use during testimony, one bench copy, and one copy for opposing counsel.

## XI. Extension For Good Cause and Requests for a Pretrial Conference

All of the deadlines above may be extended for good cause shown. The deadlines set forth in this order may only be extended by approval of the Court. The Court will consider a request for a pretrial conference to adjust the dates and procedures set forth in this order. Any request for a pretrial conference must be made by motion and must set forth why the deadlines and procedures in this order need to be extended or otherwise adjusted. Absent exceptional circumstances, no motion for extension of trial date will be considered if filed within five days of the trial date.

If the parties believe that additional trial time is necessary, then, within 30 days of receipt of this Scheduling Order, counsel shall file and serve a request for enlargement of the trial time setting forth the amount of time needed for trial together with a statement of the reason(s) additional time is needed.

DATED AND SIGNED ABOVE.