# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | DONNA SUE MALLORY |
| **Case Number:** | 2:08-BK-08892-RTB  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 13, 2009 09:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

### Matters:

1) **ADV: 2-08-00604**
   **ILS INVESTMENTS, LLC vs DONNA SUE MALLORY**
   CONTINUED PRETRIAL CONFERENCE IN RE: COMPLAINT
   R / M #:   2 / 0

2) **ADV: 2-08-00605**
   **PROVIDENT INVESTMENT FUND LLC vs DONNA SUE MALLORY**
   CONTINUED PRETRIAL CONFERENCE IN RE: COMPLAINT
   R / M #:   2 / 0

### Appearances:

BRIAN HENDRICKSON, ATTORNEY DEFENDANT

### Proceedings:

Mr. Hendrickson informed the Court that joint pretrial information has been exchanged and he would like to file a dispositive motion.

COURT:  IT IS ORDERED CONTINUING THESE MATTERS TO DECEMBER 15, 2009 AT 9AM.  ANY DISPOSITIVE MOTION MUST BE FILED WITHIN 30 DAYS.  OPPOSING COUNSEL MUST APPEAR AT THE DECEMBER 15, 2009 HEARING AND MR. HENDRICKESON IS DIRECTED TO INFORM COUNSEL ACCORDINGLY.