

**SO ORDERED.**

Dated: March 03, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik #005350
Nino Abate #017098
admin@wb-law.com

Attorney for Plaintiff Provident Investment Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>**DONNA SUE MALLORY**<br><br>**Debtor.** | Chapter 7 Proceedings<br><br>Case No: 2:08-bk-08892-PHX-RTB |
| **PROVIDENT INVESTMENT FUND, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**DONNA SUE MALLORY,**<br><br>**Defendant.** | Adversary No. 2-08-ap-00605 -RTB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE** |

Pursuant to the parties' Stipulation to Extend The Discovery Deadline (First Request) and good cause appearing:

IT IS HEREBY ORDERED that the Discovery Deadline will be extended to March 12, 2010.

SIGNED AND DATED ABOVE.